**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Robert Lamar McInnis III,            )<br>                                                    )<br>              Plaintiff,                         )<br>                                                    )<br>vs.                                                )<br>                                                    )<br>Tim Schuetzle, LeAnn Bertsch, and  )<br>Kathy Bachmeier,                          )<br>                                                    )<br>              Defendants.                    ) | **ORDER RE PRETRIAL**<br>**SCHEDULING/ DISCOVERY PLAN**<br><br><br>Case No.  1:08-cv-061 |

In lieu of conducting an initial pretrial scheduling/discovery conference in this case pursuant to Rule 16(b) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that each of the parties shall submit to the court a proposed pretrial plan by October 6, 2008. The proposed pretrial plan should cover any applicable items listed in the attached sample as well as any other items appropriate in this case.  All deadlines in the proposed pretrial plan must lapse within fourteen months of the date of filing of the complaint in this case.  The plans should not be filed with the court, but e-mail to ndd_J-Miller@ndd.uscourts.gov or mail to P.O. Box 670, Bismarck, ND 58502-670. Upon receipt and review of the proposed plans, the court will enter pretrial case management plan and will schedule the trial for this matter.

Dated this 3rd day of September, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge